# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0443. CHARLES E. LIVINGSTON v. THE STATE.**

A jury found Charles Livingston guilty of child molestation in 2002. In 2011, Livingston filed a motion for out-of-time appeal. The trial court denied his motion on August 20, 2013, and Livingston filed this direct appeal on October 14, 2013. We lack jurisdiction.

Livingston's notice of appeal is untimely. Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of the appealable order. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007). Here, Livingston filed his notice of appeal 55 days after the order was entered.

For this reason, we lack jurisdiction to consider Livingston's appeal. Accordingly, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*